UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WEYERHAEUSER CO., ET AL** | **CASE NO. 3:21-CV-00905** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SIMSBORO COATING SERVICES, LLC, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 45] having been considered, together with the Objection [Doc. No. 46] filed by Plaintiffs, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions to dismiss [Doc. Nos. 25 and 29] are **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED t**hat Plaintiffs' claims against Defendants Burlington Insurance Co. and Evanston Insurance Co. are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA** this 16th day of March 2022.

_____
Terry A. Doughty
United States District Judge